IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LARRY DEAN,

    Plaintiff,

vs.                               4:05-CV-407-SPM

ROBERT HINKLE
and WILLIAM SHERRILL,

    Defendants.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 8) dated November 29, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 8) is adopted and incorporated by reference in this order.

2. This case is *dismissed* pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**DONE AND ORDERED** this <u>twenty-ninth</u> day of December, 2005.

<u>  s/ Stephan P. Mickle  </u>
Stephan P. Mickle
United States District Judge

/pao